IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUMBERTO SANCHEZ and REY SANCHEZ, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>    Plaintiff<br>v.<br><br>LEGACY INTERIOR & EXTERIOR DECORATING, INC., and EGIDIO IMBROGNO,<br><br>    Defendants. | Case No. 17 cv 04864<br><br>Honorable Robert W. Gettleman |

**LEGACY INTERIOR & EXTERIOR DECORATING, INC
AND EGIDIO IMBROGNO'S EXHIBITS INDEX**

| Exhibit | Description |
|---|---|
| A | Order of Judge Valdez of November 7, 2014. |
| B | Order of Judge Leinenweber of February 11, 2016. |
| C | Order of Judge Cherry of October 13, 2016. |